IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

REAL PROPERTY LOCATED AT 805
SUNRISE BAY, WAUNAKEE,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON; W10310
OLD CS ROAD, POYNETTE,
WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON; GRAND
LEGACY AT LAKE WISCONSIN,
POYNETTE, WISCONSIN, WITH ALL
APPURTENANCES AND
IMPROVEMENTS THEREON,

        Defendant.

Case No.:  18-CV-667

---

VERIFIED COMPLAINT OF FORFEITURE IN REM

---

      Plaintiff, United States of America, by its attorney, Scott C. Blader, United States Attorney for the Western District of Wisconsin, by Aaron Wegner, Assistant United States Attorney for the Western District of Wisconsin, alleges the following upon information and belief for its claim against the defendant real property.

      1.     This is a civil forfeiture action *in rem* brought to enforce the provisions of 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C), involving three parcels of real property,

which constitutes the proceeds of mail and wire fraud, in violation of 18 U.S.C. §§ 1341 and 1343, and property involved in money laundering, in violation of 18 U.S.C. § 1957.

2. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355.

3. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b).

4. This Court has venue in this matter by virtue of 28 U.S.C. § 1395.

5. The defendant real properties are more fully described in Exhibit A.

6. The recorded owners of the defendant real properties are as follows:

   a. 805 Sunrise Bay, Waunakee, Wisconsin – Patrick L. O'Connor and Joan E. O'Connor.

   b. W10310 Old CS Road, Poynette, Wisconsin – Grand Developments, LLC.

   c. Grand Legacy at Lake Wisconsin, Poynette, Wisconsin – Springfield Properties, LLC.

7. The defendant real properties have not been seized but are located within this district and within the jurisdiction of the Court.

8. The United States alleges that the defendant real properties represent property involved in or traceable to a transaction or attempted transaction in violation of 18 U.S.C. §§ 1341 and 1343 – mail and wire fraud, and involved in money laundering, in violation of 18 U.S.C. § 1957, and thus subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C).

9. The facts and circumstances supporting the forfeiture of the defendant real property are contained in the attached Declaration of Facts and Circumstances.

10. The United States does not request authority from the Court to seize the defendant real properties at this time. The United States will, as allowed for by 18 U.S.C. §§ 985(b)(1) and (c)(1):

> a. post notice of this action and a copy of the Complaint on the defendant real property,
>
> b. serve notice of this action on the defendant real property owner, and any other person or entity who may claim an interest in the defendant, along with a copy of this Complaint,
>
> c. execute a writ of entry for purposes of conducting an inspection and inventory of the property, and
>
> d. file a lis pendens in county records of the defendant real property's status as a defendant in this *in rem* action.

WHEREFORE, the plaintiff respectfully asserts that there is reason to believe that the defendant real properties are forfeitable to the United States under §§ 981(a)(1)(A) and 981(a)(1)(C) and requests:

(a) that the Court decree that the forfeiture of the defendant real properties to the United States under 18 U.S.C. § 981 is confirmed, enforced, and ordered;

(b) that the Court thereafter order that the United States Marshal, or his delegate, dispose of the defendant as provided by law; and

(c) that the Court award Plaintiff United States all other relief to which it is entitled, including the costs of this action.

Dated this 9th day of August 2018.

        Respectfully submitted,

        SCOTT C. BLADER
        United States Attorney

By: /s/ Aaron Wegner
        Aaron Wegner
        Assistant United States Attorney